UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-33797-KCF |
| | Chapter: 7 |
| Felicita Reto | Judge: Kathryn C. Ferguson |

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clerk, US Bankruptcy Court
> Clarkson S. Fisher U. S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on January 30, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:                                           Value of property

| | | |
|---|---|---|
| 1 | 316 Wagner Avenue, Perth Amboy, NJ  12023 | $169,900.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | 316 Wagner Avenue, Perth Amboy, NJ  12023 | 1st mort,---Wells Fargo Home Mortgage<br>2nd mort.,---Bank of America | ,$133,271.08<br>$22,348.48 |

| | Amount of Equity claimed as exempt: **Description of Real Property** | **Value of Claimed Exemption** |
|---|---|---|
| 1 | 316 Wagner Avenue, Perth Amboy, NJ  12023 | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/ John W. Hargrave |
| Address: | 117 Clements Bridge Road, Barrington, NJ 08007 |
| Telephone No.: | (856) 547-6500 |

United States Bankruptcy Court
District of New Jersey

In re:  
Felicita Reto  
    Debtor

Case No. 17-33797-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 26, 2017  
                 Form ID: pdf905     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2017.

```
db              Felicita Reto,    316 Wagner Ave,    Perth Amboy, NJ  08861-2023
aty            +Kenneth L. Gonzalez,    P.O. Box 830,    133 New Brunswick Ave. Suite 203,
                 Perth Amboy, NJ 08861-4172
517195305       Bank of America,    PO Box 31785,    Tampa, FL  33631-3785
517195306       Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
517195309       Pinnacle,    PO Box 790408,    Saint Louis, MO  63179-0408
517195310       SEARS CREDIT CARDS,    PO Box 78051,    Phoenix, AZ  85062-8051
517195311       SEARS/CBNA,    PO Box 6283,    Sioux Falls, SD 57117-6283
517195315       THD CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
517195316       The Home Depot,    PO Box 9001010,    Louisville, KY  40290-1010
517195307     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   ELAN FINANCIAL SERVICES,     PO Box 108,
                 Saint Louis, MO  63166-0108)
517195318       Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA  50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2017 21:48:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2017 21:48:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517195308       E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:27      LOWE'S/SYNCHRONY BANK,
                 PO Box 530914,    Atlanta, GA  30353-0914
517195313       E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:06      SYNCHRONY BANK  LOWES,
                 PO Box 965005,    Orlando, FL  32896-5005
517195314       E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:17      SYNCHRONY BANK JCP,
                 PO Box 960090,    Orlando, FL  32896-0090
517195312       E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:17      SYNCHRONY BANK JCPENNEY,
                 PO Box 965007,    Orlando, FL  32896-5007
517198764      +E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517195317       E-mail/PDF: gecsedi@recoverycorp.com Dec 26 2017 21:46:06      WALMART MASTERCARD SYNCB,
                 PO Box 965024,    Orlando, FL  32896-5024
                                                                                              TOTAL: 8
```

                ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2017                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:

```
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```